UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VIRGINIA ARRIAGA LOPEZ,<br><br>          Petitioner,<br><br>     v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>          Respondent. | No. 07-71630<br><br>Agency No. A079-602-585<br><br>ORDER |

Before:     BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

The panel has voted to deny the petition for panel rehearing.

The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc.  *See* Fed. R. App. P. 35.

Arriaga Lopez's petition for panel rehearing and petition for rehearing en banc are denied.

The memorandum disposition filed on January 25, 2011, is amended as follows:

In the second line on page 2, the word "grant" shall be stricken and replaced by the word "deny."